# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 01, 2025

Imhotep Alkebu-lan
Imhotep Alkebu-lan, Attorney at Law, LLC
PO BOX 54863
ATLANTA, GA 30308

Appeal Number:  25-11486-H
Case Style:  In re: Dwight York
District Court Docket No:  5:15-cv-00476-CAR-CHW

**Notification of Requirement to File Electronically**

On May 1, 2025, the Court received documents that you filed or that were filed on your behalf. Please be advised that the documents were filed in a manner that does not comply with 11th Cir. R. 25-3, which: (1) requires counsel of record to file documents using the Electronic Case Files (ECF) system; and (2) requires non-incarcerated pro se parties who have registered to use the ECF system to continue to do so except in certain circumstances. Information about filing through the ECF system can be found on the Court's website under E-Filing Information. The document(s) listed below will be electronically processed by the Clerk's Office this one time only. No action will be taken on any future documents that are not filed in compliance with 11th Cir. R. 25-3.

.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Mandatory ECF