STATE OF GEORGIA

COUNTY OF DEKALB

### AFFIDAVIT OF ISAAM ANSARI WILLIAMS

**Before me**, the undersigned authority, personally appeared Isaam Ansari Williams, who, after first being personally known by me, deposes and says:

"My name is Isaam Ansari Williams. I was born on May 8, 1985. I am of a clear mind and body and solemnly swear under oath to declare and affirm under the penalty of perjury that the following statement is true and correct to the best of my knowledge and belief. I was not offered money, nor was I threatened or coerced into making my truth be known.

For years, I felt trapped. I wanted justice, but fear silenced me. Each time I tried to speak out, I hesitated, sharing only fragments of the truth. Every time I tried to tell my story, I held back key details because of the threat made against me by the Putnam County Sheriff Detective Tracey Bowen, which only my mother and I knew about. When I attempted to report the crime in August 2002 against Nicole Lopez, a.k.a. Niki, a.k.a. Adah, age of twenty-five at the time, that she was having unlawful sex with me on multiple occasions when I was fifteen years old. Instead of protecting me, Detective Bowen abused her power to intimidate and threaten me with jail time. This was intended to silence me and prevent me from seeking justice. It also kept me from speaking any further to Detective Bowen about what I knew about the conspiracy and lies being told against Dr. Malachi York. I saw that he had been arrested for the same thing I had reported to her, since she was a police officer. Can you imagine being a child and asking for help, only for it to backfire on you? I'm still suffering years later because of it to this day.

The threat took a toll on my mother as well, leaving her feeling powerless, as she couldn't help her child against a sexual predator. On top of that, she was informed later that Nicole Lopez was



granted immunity and that she would never face prosecution for her crimes.

I knew firsthand that there was a conspiracy to take down Dr. York because I witnessed how it all started. My then-girlfriend, Krystal Harden, was involved in this conspiracy and was one of the people who falsely accused Dr. York of molesting her. Krystal, also known as Beluwra, showed me a letter she had written to Sheriff Howard Richard Sills to frame and to have Dr. York taken down by falsely accusing him of child molestation, to have him arrested. This way, Tama-Re (the name given to the land) could no longer exist because her mother refused to leave when she found out about the sex that Nicole Lopez and I were continuously having. Krystal was outraged and embarrassed by being teased about it and desperately wanted to leave Tama-Re. Dr. York never molested her, and everyone knows this. Others witnessed the letter just as I did.

When Nicole Lopez got on the witness stand during Dr. York's trial, she admitted to having sex with me and another young boy. She didn't tell the truth on the witness stand about how and when she started her sexually manipulative relationship with me. Her version sounds like testimony to frame Dr. York and keep herself from being prosecuted for what she had done to me and another minor. Krystal never told me about anything that happened to her with Dr. York because she was never close to him. These are the questions I always had for Nicole. How does Dr. York do anything to any of you when the conspiracy was made up, if he wasn't even there on Tama-Re and was living in Athens, Georgia, at his other house and property? How were you able to break into his home on Tama-Re to steal his good alcohol, as you would say, to get me and others drunk to take advantage of us sexually? The Math isn't adding up. The house had to be empty. Nicole broke into Dr. York's house on Tama-Re all the time to steal his expensive alcohol that people from around the world would gift to him. Nicole knew that Dr. York was in Athens, Georgia. We all knew it. That's how

2

everyone was able to plot, and for me and her to have sex on multiple occasions, even in Dr. York's RV Zimmer. A brother walked in on us in the Zimmer and caught us having sex.

When Nicole Lopez would leave Tama-Re to go to work in Atlanta, she told me she ran into Jacob York, an ex-boyfriend and the son of Dr. York. She said she started dealing with him again, and that's when I started hearing about an even bigger conspiracy to take down Dr. York. In the year 2000, Nicole Lopez and her sister, Amala Noel, a/k/a Amanda, tried to recruit me to lie and join them in making false claims against Dr. York. Amala said we would make lots of money with book, movie, and documentary deals and become famous.   I told them both no. I didn't believe they would frame Dr. York with lies, all for money and fame. I knew what was happening to Dr. York was wrong.

I missed my opportunity to expose the conspiracy, due to Detective Tracy Bowen's threat of me going to jail when I reported Nicole's crimes against me in 2002, knowing that I knew what Krystal Harden, Nicole Lopez, and others had done was a lie against Dr. York. Nicole had gotten away with what she had done to me and another young boy on Tama-Re.

The most significant weapon law enforcement and federal agents use is fear. Just like I was threatened to stay silent about Lopez raping me and exposing the conspiracy against Dr. York others recanted or wanted to tell the truth about how they were also threatened by law enforcement and federal agents. We all had a common threat hanging over us. I can only imagine how others who wanted to change their minds after participating in this conspiracy are feeling right now, for what they know to be a lie, and were threatened to continue with the lie or else face prosecution.

For years, I battled with depression, alcohol, and drug use, trying to cope with the fact that I wasn't given justice, and an innocent man was sitting in prison for crimes he did not commit.

3

Meanwhile, Nicole Lopez walked away a free woman, a sexual predator who admitted under oath to having sex with underage boys. She dared to accuse Dr. York of the same crime that she had committed. If they all wanted to leave, they should have just left like others did. Krystal back then was a minor and her mom didn't want to go, then she could have called another relative to come and pick her up, Instead, she started a lie that grew into a giant snowball conspiracy that even her very own mother Nicole Harden later joined in on with Nicole Lopez and others to take down Dr. York for various disgruntled reasons. Nicole Lopez's involvement with Jacob York on the 2001 trip to South Beach, Florida, further demonstrates her role in fabricating allegations against Dr. York. It destroyed our land and caused guns to be pointed in the faces of little children.

It wasn't until years later, when I confided in close, supportive friends, that I realized I didn't need to back down from my claims and let my voice be heard. This compelled me to share every detail, not just for my own sake but to help correct the injustice that I knew had been done to Dr. Malachi Z. York.

In 2023, a friend accompanied me to the Putnam County Sheriff's Department, still afraid but determined to press charges against Nicole Lopez. Sheriff Howard Richard Sills informed me via phone days later that, as he was unavailable at his office, nothing could be done because Lopez had been granted immunity. I was advised by Sills to contact the new DA, Wright Barksdale. My friend attempted to contact the DA several times, but they were always busy. This friend was also on the phone when I spoke with Sheriff Sills.

I filed a Freedom of Information Act request to obtain the records of my interview with Detective Bowen, where I was threatened. When I read the report, it confirmed exactly what I had been afraid to share with others for years. The threat wasn't just in my memory. It was documented.

4

When I read that Detective Bowen and FBI Agent Jalaine Ward informed Nicole Lopez about my attempt to press charges against her for raping me, it became clear that law enforcement was working to protect my abuser instead of me. After reading the FOIA report, I learned that instead of taking action to arrest Nicole and investigate my claims, they gave her immunity forty-six days after I reported the sexual abuse. This meant to me that the prosecution's decision to grant immunity to a known perpetrator while using her testimony to convict an innocent man is a clear violation of justice. They never intended to prosecute her. They only protected her because she was helpful in their case to convict Dr. York.

I am coming forward now because I refuse to remain silent any longer. Dr. York is innocent. I have lived with the burden of knowing how this conspiracy was formed and executed. From my own experience with law enforcement and the lies of Nicole Lopez, I know what it's like to have law enforcement silence victims, manipulate testimony, and twist the truth for their own agenda. Sheriff Howard Richard Sills knew what the District Attorney and his detective did to me. I also learned the real nefarious reason behind Nicole's immunity agreement.

Now, with documented proof of the threat against me and a clear understanding of why Nicole was given immunity, which was orchestrated to secure a wrongful conviction, I can no longer keep this inside. I want justice for myself, accountability for Nicole Lopez, and the truth to be exposed about why Dr. York was locked up, which was based on a conspiracy of lies, coercion, and threats and he should be released.

Under the penalty of perjury, I declare that the foregoing is true and correct to the best of my knowledge and belief."

Further Affiant saith not.

_Isaam Ansari Williams_
Isaam Ansari Williams

SWORN AND SUBSCRIBED TO before me this is the ____ day of _____, 2025.

_Notary Public_
Notary Public

My Commission Expires:

_April 14, 2029_

PAMYLA Y. FLOYD
NOTARY
EXPIRES
GEORGIA
APRIL 14, 2029
PUBLIC
CLAYTON COUNTY

6