**Isaam Ansari Williams**
c/o 115 Whitney Chase
Stone Mountain, GA 30088

IsaamWilliams2@gmail.com

Date: 6-25-24

Office of General Counsel
Attn: **Philbie Mathew**
Open Recorders Officer
47 Trinity Avenue SW
Atlanta, Georgia 30334

openrecordsdhs@dhs.ga.gov.
Fax: (404) 657-1123

via FEDEX Tracking 2763 6976 2215 , with return signature.

RECEIVED JUL 02 2024 DHS OFFICE OF GENERAL COUNSEL

*Request To Agent Is Request To Principal, Request To Principal Is Request To Agent*

## OPEN RECORDS and CLIENT CASE RECORD REQUESTS

**Philbie Mathew:**

This is a request for copies of **all** *public records*: all documents, papers, letters, maps, books, tapes, photographs, computer based or generated information, data, data fields, or similar material prepared and maintained or received by the **Department of Human Services (DHS), Division of Family & Children Services (DFCS),** or by a private person or entity in the performance of a service or function for or on behalf of the Department of Human Services (DHS), Division of Family & Children Services (DFCS), or when such documents have been transferred to a private person or entity by the Department of Human Services (DHS), Division of Family & Children Services (DFCS), for storage or future governmental use, pursuant to the Open Records Act (ORA), O.C.G.A. §50-18-70 et. seq.

I am requesting copies of **all communications** involving the investigation of my **"Isaam Ansari Williams"** childhood sexual abuse/assault by **Nicole Lopez,** reported to Detective **Lt., Tracey Bowen** of the Putnam County Sheriff's Office, by my mother **Brenda Williams** on or about 10/4/2002 through 2004.

This request includes but is <u>not limited to</u> copies of the following:

1. Child Protective Services (CPS) History Request Form(s);
2. Client Case Record;
3. All communications with Putnam County Sheriff's Office regarding Isaam Ansari Williams;
4. All communications with Putnam County Sheriff's Office regarding Nicole Lopez;
5. All communications with GBI regarding Isaam Ansari Williams;
6. All communications with GBI regarding Nicole Lopez;
7. All communications with US District Attorney Office-Macon regarding Isaam Ansari Williams;
8. All communications with US District Attorney Office-Macon regarding Nicole Lopez
9. All communications with FBI regarding Isaam Ansari Williams;
10. All communications with FBI regarding Nicole Lopez.

Respectfully,

**Isaam Ansari Willia**
(706) 621-3477



EXHIBIT
" B "

 Gmail

Isaam Williams <isaamwilliams2@gmail.com>

## 20210764
1 message

**Russell Blenk** <chiefblenk@putnamcountysheriff.org>
To: "isaamwilliams2@gmail.com" <isaamwilliams2@gmail.com>

Fri, Aug 9, 2024 at 4:56 PM

Isaam Williams,

The following is in response to your Open Records Request:

Item 1 – incident report and investigative summaries are being sent as file attachments

Item 2 – recorded phone call mentioned in 20210764c cannot be located

Item 3 – non-existent record

Yours truly,

RPB

*Col. Russell Blenk, Chief Deputy*

*Putnam County Sheriff's Office*

*111 Ridley Drive*

*Eatonton, Ga 31024*

*Tel: 706-485-8557*

*Fax: 706-485-4840*

**Confidential Disclaimer:** *This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete copies of the message.*

**2 attachments**

NB_INCIDENT_20210764.PDF
34K

 Gmail

Isaam Williams <isaamwilliams2@gmail.com>

## 20210764
1 message

**Russell Blenk** <chiefblenk@putnamcountysheriff.org>
To: "isaamwilliams2@gmail.com" <isaamwilliams2@gmail.com>

Thu, Nov 14, 2024 at 4:27 PM

Isaam Williams,

The following is in response to your Open Records Request dated 11/08/2024.

Item 1 (tape recording) - You were previously advised on 08/09/2024 that the recorded phone call could not be located
Item 2 (report for 20210764) - The report and investigative summaries were previously sent to you on 08/09/2024

Yours truly,
RPB

*Col. Russell Blenk, Chief Deputy*

*Putnam County Sheriff's Office*

*111 Ridley Drive*

*Eatonton, Ga 31024*

*Tel: 706-485-8557*

*Fax: 706-485-4840*

**Confidential Disclaimer:** *This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete copies of the message.*

Case #20210764a

On Tuesday, August 20, 2002 at approximately 4:15 p.m., PCSO Detective Tracey Bowen interviewed Isaam Williams in furtherance of this investigation. This interview took place at the Putnam County Sheriff's Office. Isaam is currently 17 years of age and was interviewed alone. Isaam stated essentially the following.

During the beginning of the summer of 2000, Isaam would spend a lot of time at 404 Shadydale Road helping to prepare for the annual Zed Festival that is put on by the United Nuwaubian Nation of Moors. His mother would drop him off out there and sometimes he would spend a couple of nights there or he may even stay there as long as a week at a time.

Isaam stated that he had seen Nicole Lopez around the land because she lived there. She was approximately 23-years-old at the time. He was attracted to her and wanted to talk to Nicole. They started gradually talking to one another and struck up a friendship. They really weren't able to talk during the day because there were so many people around, so they would meet at the playground at night and talk.

The first occasion that Isaam can remember where something sexual in nature occurred between him and Nicole, was a couple of weeks after the festival in 2000. Isaam and Nicole were at the playground talking one night and Nicole asked him if he wanted to go somewhere else and sit and talk. He told her yes, but he didn't know where to go. She told him that she had thought of a place and they walked to where the red stretch van, known as the "Zema", was parked. This was in the parking lot between Malachi York's residence and the temple where other vehicles were parked. It was locked, so they picked the lock and got into the back of the van.

1

Case #20210764a

On Tuesday, August 20, 2002 at approximately 4:15 p.m., PCSO Detective Tracey Bowen interviewed Isaam Williams in furtherance of this investigation. This interview took place at the Putnam County Sheriff's Office. Isaam is currently 17 years of age and was interviewed alone. Isaam stated essentially the following.

During the beginning of the summer of 2000, Isaam would spend a lot of time at 404 Shadydale Road helping to prepare for the annual Zed Festival that is put on by the United Nuwaubian Nation of Moors. His mother would drop him off out there and sometimes he would spend a couple of nights there or he may even stay there as long as a week at a time.

Isaam stated that he had seen Nicole Lopez around the land because she lived there. She was approximately 23-years-old at the time. He was attracted to her and wanted to talk to Nicole. They started gradually talking to one another and struck up a friendship. They really weren't able to talk during the day because there were so many people around, so they would meet at the playground at night and talk.

The first occasion that Isaam can remember where something sexual in nature occurred between him and Nicole, was a couple of weeks after the festival in 2000. Isaam and Nicole were at the playground talking one night and Nicole asked him if he wanted to go somewhere else and sit and talk. He told her yes, but he didn't know where to go. She told him that she had thought of a place and they walked to where the red stretch van, known as the "Zema", was parked. This was in the parking lot between Malachi York's residence and the temple where other vehicles were parked. It was locked, so they picked the lock and got into the back of the van.

1

Once inside the van, they talked for a while and she sat on his legs and began rubbing his shoulders. Isaam stated that he knew what she wanted because this was not his first sexual experience. He has had sexual intercourse a couple of times before with a fifteen-year-old girl. I asked him what happened between Nicole and himself and he stated that there was definitely foreplay before the intercourse. They both performed oral sex on each other and had sexual intercourse. Isaam did not use a condom. He stated that he also had anal sex with Nicole. Once they were finished, he went back to the boy's trailer where he was staying. One of the boys that was there at the time was called Shilamou, who was 18 or 19-years-old. Isaam stated that he didn't tell him or anyone else about what had just happened.

On more than one occasion, he and Nicole went to the lake that is located on the property. It was very secluded and they would take a blanket and lay on it by the water. Again, some of the same sexual activity would occur and he would not use a condom. Isaam stated that when he would ejaculate, he would pull out and ejaculate on the ground or she would put her mouth on his penis while he ejaculated.

On another occasion, Isaam was staying at Dr. Thompson's trailer on the land with Dr. Thompson's sons. He was just hanging out there. They were watching t.v., when Nicole came to the trailer. Isaam and Nicole went back to a bedroom and started "messing" around. During this time, he left the room and went in the living room and got a condom from one of the other boys. He then went back in the bedroom and he and Nicole had sex. Isaam admitted that he and Nicole had already planned it out for her to come up to the trailer so they could have sex. He stated that he did not tell the other boys what had happened, but they probably figured it out since he got the condom from one of them. After this incident, they were scared that someone might find out,

2

so they "cooled" their relationship for a while.  Nicole eventually left the land and that's why their relationship stopped.  Isaam admitted that if she had not left, he would have continued the sexual relationship with her.

I asked Isaam if he knew approximately how many times he and Nicole had engaged in sex and he stated that probably more than five, but no more than ten.  I then asked him if he had told anyone at all about this incident that he was reporting and he stated that he had not told anyone except his mother and that he really didn't give her any details. Isaam admits to having one sexual partner since then and stated that he is in a relationship with this same person.

I then asked Isaam if he ever felt forced by Nicole to participate in these acts. He stated no, that he enjoyed them because he was younger and having sex with an older female.  He never told Nicole that he didn't want to have sex with her and he could have gotten up and left during any of these occasions, but chose not to.  I explained to Isaam that even though there was no force, this could still be viewed as statutory rape.

Isaam then inquired as to whether or not his name would be made public and how far this case would go. I advised him that if we charged Nicole and this case made it to court, his name would be released to the prosecuting attorney and defense attorney. Isaam appeared to be very uncomfortable with this and stated that he didn't want his name made public.    I asked Isaam what he wanted to see done in this case. He stated that he really didn't want to see anyone go to jail, but if they did something wrong, they needed to suffer the consequences.  Isaam further stated that it had been approximately three months since he had spoken to Nicole.

3

Isaam was unable to provide any further information at this time.    I advised him and his mother that I would be in touch.   His mother also questioned me as to his name being released to anyone. I explained the same thing to her that I had explained to him. She also seemed very uneasy about the possibility of his name being released.   I also explained to both of them that Isaam could be charged as well for having sex with Nicole, which is commonly done by the District Attorney's Office in cases of Statutory Rape.

Attachment:        *DFACS Intake report

I.D. Data:          *Isaam Williams
                    B/M    DOB:         1985
                    SS#
                    Address: 154 Old Godfrey Hwy., Eatonton, Ga. 31024
                    Phone: 706/485-0458
                    Student at Macon Tech in Milledgeville and works part-time at Magnolia House Restaurant

The investigation continues.

Detective Tracey Bowen:        08-28-2002
tlb/08-28-2002

4